UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| WILLIAM C. MURRAY | CIVIL ACTION NO. 6:19-cv-01143 |
| VERSUS | JUDGE JUNEAU |
| WAITR HOLDINGS INC. | MAGISTRATE JUDGE HANNA |

**JUDGMENT**

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and consideration of objections filed, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

IT IS ORDERED, ADJUDGED, AND DECREED that that the motion to compel arbitration and dismiss the plaintiff's complaint (Rec. Doc. 3) is granted in part and denied in part. More particularly, the motion is granted to the extent that it seeks to compel arbitration of the plaintiff's claims but denied to the extent that it seeks dismissal of the plaintiff's claims, consistent with the report and recommendation. Further, this matter is administratively closed pending arbitration.

**THUS DONE AND SIGNED** in Lafayette, Louisiana, on this 13th day of February, 2020.

MICHAEL J. JUNEAU
UNITED STATES DISTRICT JUDGE